IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

FRANK SALERNO, JOANNE SALERNO,
FRANK MATARAZZO, and BARRY LEWIS                           PLAINTIFFS

vs.                              Civil No. 6:13-mc-00002

DATACOM SYSTEMS INC. and
DATACOM SYSTEMS, INCORPORATED                              DEFENDANTS

## ORDER

Pursuant to the Court's previous order (ECF No. 76), Defendants were directed to pay Plaintiffs' reasonable expenses incurred in opposing the Petition for Approval and Entry of Modified Protective Order. Plaintiffs have submitted an Affidavit of Fees and Costs. ECF No. 78. Plaintiffs seeks attorney's fees in the amount of $1,137.50 or 6.5 hours at an hourly rate of $175.00. Considering this request, the Court finds it is reasonable and should be **GRANTED.** Accordingly, Defendants are directed to pay Plaintiffs $1,137.50.[1]

**ENTERED this 3rd day of February 2014.**

                                                      /s/ Barry A. Bryant
                                                    HON. BARRY A. BRYANT
                                                    U.S. MAGISTRATE JUDGE

---

[1] With this Order, the Court does not address Plaintiff's recently-filed Motion for Attorneys Fees (ECF No. 79). That motion is a separate request that will be addressed with a separate order.