IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

FRANK SALERNO, JOANNE SALERNO,
FRANK MATARAZZO, and BARRY LEWIS                                         PLAINTIFFS

vs.                                        Civil No. 6:13-mc-00002

DATACOM SYSTEMS INC. and
DATACOM SYSTEMS, INCORPORATED                                            DEFENDANTS

## ORDER

Before the Court is Plaintiffs' Motion for Attorney Fees. ECF No. 79. Plaintiffs request their attorneys fees for work performed contesting Defendants' Motion for Protective Order (ECF No. 67), which the Court denied on January 29, 2014. Plaintiffs filed this Motion on January 31, 2014. *Id.* Defendants have not filed a response, and the time to respond has expired.[1] *See* Local Rule 7.2(b).

Consistent with the Court's previous order granting Plaintiffs' Motion for Sanctions (ECF No. 76), the Court also awards Plaintiffs' attorney fees contesting Defendants' Motion for Protective Order (ECF No. 67). Plaintiffs have filed an affidavit stating those fees were $465.00. ECF No. 79-1. The Court finds this amount is reasonable. **Thus, Defendants are directed to pay Plaintiffs $465.00 in attorneys fees.**[2]

**ENTERED this 24th day of February 2014.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE

---

[1] Defendants have notified the Court and opposing counsel by letter that they anticipate this Motion being granted. Based upon this fact, Defendants have already paid these fees.

[2] It appears Defendants may have already paid this amount to Plaintiffs. If so, Defendants need not pay Plaintiffs twice.